1056

JPMorgan Chase Bank, NA, *Appellant*, v. David Keene, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-04160-3, Anita L. Farris, J., entered May 2, 2014. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 72360-0-I.   Division One.   December 8, 2014.]

The State of Washington, *Respondent*, v. Lonzo William Lawson II, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00257-9, James W. Lawler, J., entered June 19, 2013. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Becker, J.

[No. 72436-3-I.   Division One.   December 8, 2014.]

Philip A. Nelson, *Appellant*, v. Robert V. Trent et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-07815-2, Garold E. Johnson, J., entered December 2, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Schindler, J.

[Nos. 44151-9-II; 44961-7-II.   Division Two.   December 9, 2014.]

Clyde H. Reed, *Appellant*, v. Catherina Y. Brown, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 07-3-03417-9, John R. Hickman, J., entered October 8, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.